# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 19-cv-02896-MSK

JENNIFER ANN DISALVATORE,

    Plaintiff,

v.

ANDREW M. SAUL, Commissioner of Social Security,

    Defendant.

## ORDER FOR JUDGMENT AND REMAND

**Krieger, J.**

THIS MATTER comes before the Court pursuant to the Defendant's Unopposed Motion for Remand **(# 15)**, filed February 14, 2020. By this motion, Defendant requests the Court remand this matter for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). Having reviewed the motion and the file, and being apprised of the premises, the Court finds and concludes the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That Defendant's Unopposed Motion for Remand **(# 15)** is **GRANTED**;

2. That the conclusion of the Commissioner through the Administrative Law Judge is reversed;

3. That this matter is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

4. That judgment shall enter in favor of Plaintiff and against Defendant in accordance

with Fed. R Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993); and

5. That Plaintiff is awarded his costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated this 18th day of February, 2020.

**BY THE COURT:**

_____
Marcia S. Krieger
Senior United States District Judge